NEW-YORK,
May, 1806.

Cortelyou
v.
Vanbrundt.

## Cortelyou *against* Vanbrundt.

*Baldwin*, in behalf of the defendant, moved to vacate the rule entered for the trial of this cause by a *foreign jury*, from the city and county of *New-York*. He read an affilavit, stating that the parties had been prepared for trial at two circuit courts held in *King's county*, and a sufficient number of jurors did not attend, though they had been regularly summoned, and particularly requested to attend. He observed, that by the *Charter* of the city of *New-York*, none of the members of the corporation, or any of the free citizens of the city, could be compelled to serve as jurors, out of the city; and as the judge at the circuit had no power to fine the jurors, or to compel their attendance in any way, there was no probability that a sufficient jury could ever be obtained. The present rule ought, therefore, to be vacated.

Such of the inhabitants of the city of New-York as are not members of the corporation, or made free of the city, in the manner prescribed by the charter, are not exempted from serving on juries out of the city. That exemption extends only to the Mayor, Aldermen and Commonalty & freemen, or persons made *free of the city*.

*Harison & Hoffman*, contra. The term, *free citizens of the city*, means persons *free of the city*, and not every *inhabitant*. Free citizens are such as are made free of the city, under the *common seal*, in the manner prescribed by the charter. Not one person in a hundred has sued out that privilege; for since the revolution it is of little value, as new qualifications for electors have been created. There were, therefore, a sufficient number of persons in the city of *New-York*, who cannot claim the privilege of exemption, contained in the charter, and there will be no difficul-

NEW-YORK,
May, 1806.

Cortelyou
v.
Vanbrundt.

\* Laws of N
Y. vol 3, page
427.

ty in finding means to compel their attendance at the next court.

*Riggs*, in reply. The exception extends to every *corporator*, or inhabitant of the city: all are comprised under the terms, *Mayor, Aldermen, Commonalty and free citizens.* The act of the legislature,\* by which the privilege of electing *charter-officers* has been extended to all persons of full age, renting a tenement of the yearly value of 25 dollars, &c. has, in fact, made such electors *corporators*, by declaring them to be " entitled to all the rights and privileges of freemen of the city."

*Per curiam.* The exemption from serving on foreign juries, contained in the charter, is confined to the *Mayor, Alderman, Commonalty*, and *free citizens*, that is, such persons as are made free of the city, according to the charter. The privilege does not extend to the inhabitants, or freeholders generally.

Rule refused.